

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

Celine **HINOJOSA**,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, Appellee Celine Hinojosa's motion to dismiss this appeal is GRANTED IN PART, and DENIED IN PART. It is ORDERED that issues one, two, and six are DISMISSED FOR LACK OF JURISDICTION. The judgment of the trial court is AFFIRMED.

It is ORDERED that Appellee Celine Hinojosa recover her costs on appeal from Appellant David Medrano.

SIGNED June 1, 2016.

Karen Angelini, Justice